1  **MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
2  Gillian L. Wade, State Bar No. 229124
   gwade@mjfwlaw.com
3  Sara D. Avila, State Bar No. 263213
   savila@mjfwlaw.com
4  Marc A. Castaneda, State Bar No. 299001
   mcastaneda@mjfwlaw.com
5  10250 Constellation Blvd., Suite 1400
   Los Angeles, CA 90067
6  Tel: (310) 396-9600
   Fax: (310) 396-9635
7
8  Attorneys for Plaintiff
9
10                    **UNITED STATES DISTRICT COURT**
11                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12
13  JONATHON GOLDMAN, individually     Case No. 2:19-cv-04968-AB-AS
    and on behalf of all others similarly
14  situated,                          Judge: Hon. André Birotte, Jr.
15              Plaintiff,
                                       **STIPULATION FOR DISMISSAL
16       vs.                           WITHOUT PREJUDICE (FED. R.
                                       CIV. P. 41(a)(1)(A)(i)**
17
18  PELOTON INTERACTIVE, INC., and
    DOES 1-10, Inclusive,
19
20              Defendants.
21
22
23
24
25
26
27
28

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
(FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiff Jonathon Goldman ("Plaintiff"), by and through undersigned counsel, hereby dismisses this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: September 12, 2019

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

By: /s/Gillian L. Wade
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda

Attorneys for Plaintiff